FILE COPY



BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BOBBY RAMIREZ
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

October 12, 2021

Hillary Netardus
Attorney at Law
P.O. Box 50652
Amarillo, TX 79159
* DELIVERED VIA E-MAIL *

Franklin McDonough
District Attorney
P.O. Box 1592
Pampa, TX 79066
* DELIVERED VIA E-MAIL *

**RE:**    Case Numbers:  07-21-00200-CR, 07-21-00201-CR
Trial Court Case Numbers:  4897, 4898

**Style:**    Jaimie Parker Jernigan v. The State of Texas

Dear Counsel:

The Court has this day entered the attached Order in the referenced appeals.

Very truly yours,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc:    Honorable Steven R. Emmert (DELIVERED VIA E-MAIL)
Karen Morris (DELIVERED VIA E-MAIL)
Janice Hoelting (DELIVERED VIA E-MAIL)
Sherri Jones (DELIVERED VIA E-MAIL)